**Fill in this information to identify your case:**

Debtor 1 _____Lloyd George Brown Jr._____
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of California

Case number __2:22-bk-15437__
(if know)

☐ Check if this is an amended filing

# Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. Do any creditors have nonpriority unsecured claims against you?
   ☑ No. You have nothing else to report in this part. Submit to the court with your other schedules.
   ☐ Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                Total claim

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|                          |                                                                                                              |     | Total claim |
|--------------------------|--------------------------------------------------------------------------------------------------------------|-----|-------------|
| **Total claims from Part 1** | 6a. **Domestic support obligations**                                                                     | 6a. | $ 0.00      |
|                          | 6b. **Taxes and certain other debts you owe the government**                                                  | 6b. | $ 0.00      |
|                          | 6c. **Claims for death or personal injury while you were intoxicated**                                        | 6c. | $ 0.00      |
|                          | 6d. **Other.** Add all other priority unsecured claims. Write that amount here.                              | 6d. | $ 0.00      |
|                          | 6e. **Total.** Add lines 6a through 6d.                                                                       | 6e. | $ 0.00      |

|                          |                                                                                                              |     | Total claim |
|--------------------------|--------------------------------------------------------------------------------------------------------------|-----|-------------|
| **Total claims from Part 2** | 6f. **Student loans**                                                                                    | 6f. | $ 0.00      |
|                          | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00      |
|                          | 6h. **Debts to pension or profit-sharing plans, and other similar debts**                                     | 6h. | $ 0.00      |
|                          | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.                           | 6i. | $ 0.00      |
|                          | 6j. **Total.** Add lines 6f through 6i.                                                                       | 6j. | $ 0.00      |